**Anita Tunnel FRAZIER, Appellant,**

v.

**DIVISION OF ADULT INSTITUTIONS, Respondent,**

**Treasurer of the State of Missouri– Custodian Second Injury Fund, Respondent.**

**No. WD 60468.**

Missouri Court of Appeals,
Western District.

June 11, 2002.

James J. Siever, Jr., Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Anne E. Hawley, Kansas City, for respondent Treasurer of State of Mo.

Jeremiah W. (Jay) Nixon, Atty. Gen. Michael Blum, Asst. Atty. Gen., Jefferson City, for respondent Div. of Adult Institutions.

Before HAROLD L. LOWENSTEIN, Judge, THOMAS H. NEWTON, Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

Anita Tunnel Frazier appeals the decision of the Labor and Industrial Relations Commission denying her workers' compensation benefits. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).